## Gilbert R. Cameron and another v. Warren P. Adams.

*Chancery appeals: Notice of appeal: Exchanging briefs: Waiver: Motion to dismiss.* When the counsel for the respective parties have prepared and printed briefs, which they have exchanged before a motion to dismiss the appeal is made, this will operate as a waiver of the written notice of appeal.

*Appeal bond: Motion to dismiss: Amended bond.* Where an appeal bond in a chancery cause is defective, it is competent to permit an amended bond to be filed; and an appeal will not be dismissed for defects in the appeal bond where an amended bond is tendered.

*Heard January 6. Decided January 7.*

Appeal in Chancery from Newaygo Circuit.

CAMERON v. ADAMS.

*E. L. Gray*, for complainants, moved to dismiss the appeal for want of notice of the appeal, and for defects in the form of the appeal bond.

*Fuller & Standish*, for defendant and appellant, made a showing that the counsel for the respective parties had prepared and printed briefs which they had exchanged before this motion was made; and asked leave to file an amended bond.

THE COURT held that the exchange of briefs operated as a waiver of the written notice of appeal; that where an appeal bond is defective, it is competent to permit an amended bond to be filed, and that where an amended bond is tendered, an appeal will not be dismissed for defects in the appeal bond.

Motion denied, and leave granted to file an amended bond.